

| | | | |
|---|---|---|---|
| Mathis, In re Marriage of | 16–2198 | 06/07/2017 | Affirmed |
| J.P., In Interest of | 17–0173 | 06/07/2017 | Affirmed |
| M.M., In Interest of | 17–0237 | 06/07/2017 | Affirmed as to the father and Reversed and Remanded as to the mother |
| C.C., In Interest of | 17–0323 | 06/07/2017 | Affirmed |
| K.L., In Interest of | 17–0346 | 06/07/2017 | Affirmed |
| M.S., In Interest of | 17–0393 | 06/07/2017 | Affirmed on both Appeals |
| A.C., In Interest of | 17–0407 | 06/07/2017 | Affirmed |
| K.M., In Interest of | 17–0498 | 06/07/2017 | Affirmed |
| N.D., In Interest of | 17–0500 | 06/07/2017 | Affirmed |
| A.G., In Interest of | 17–0505 | 06/07/2017 | Affirmed |
| C.C., In Interest of | 17–0520 | 06/07/2017 | Affirmed |
| R.M., In Interest of | 17–0573 | 06/07/2017 | Affirmed on both Appeals |
| J.W., In Interest of | 17–0582 | 06/07/2017 | Affirmed |
| T.S., In Interest of | 17–0644 | 06/07/2017 | Affirmed |
| Hendricksen, Matter of Estate of | 14–1218 | 06/21/2017 | Affirmed |
| State v. Tronca | 15–1695 | 06/21/2017 | Affirmed |
| State v. Allen | 15–2028 | 06/21/2017 | Affirmed |
| Bailey v. State | 15–2175 | 06/21/2017 | Affirmed |
| Thomas v. State | 16–0008 | 06/21/2017 | Affirmed |
| Kendall v. State | 16–0369 | 06/21/2017 | Affirmed |
| Dubuque Injection Service Company v. Kress | 16–0399 | 06/21/2017 | Affirmed on Appeal and on Cross-Appeal |
| Walker v. State | 16–0463 | 06/21/2017 | Affirmed |
| Tibodeau v. CDI, LLC | 16–0560 | 06/21/2017 | Affirmed and Remanded |
| Keys v. State | 16–0712 | 06/21/2017 | Affirmed |
| Hunting Solutions Limited Liability Company v. Knight | 16–0733 | 06/21/2017 | Affirmed |
| Salehe, In re Marriage of | 16–0759 | 06/21/2017 | Affirmed |
| Van Genderen, In re Marriage of | 16–0790 | 06/21/2017 | Affirmed as Modified |
| Harrington v. State | 16–0953 | 06/21/2017 | Affirmed |
| State v. Johnson | 16–0976 | 06/21/2017 | Appeal Dismissed |
| State v. Klinger | 16–0985 | 06/21/2017 | Affirmed |
| State v. Ascencio | 16–0992 | 06/21/2017 | Affirmed |
| Anderson v. State | 16–1001 | 06/21/2017 | Affirmed |
| Ruckman v. State | 16–1029 | 06/21/2017 | Affirmed |
| Sedlacek v. University of Iowa | 16–1200 | 06/21/2017 | Affirmed |
| Long v. State | 16–1220 | 06/21/2017 | Affirmed |
| Smith v. State | 16–1231 | 06/21/2017 | Writ Annulled |
| State v. Overton | 16–1301 | 06/21/2017 | Affirmed |